# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE FIGUEROA,<br><br>*Defendant*. | Case No. 1:02-cr-00178 |

## MOTION TO DISMISS AND TO RECALL AND QUASH ARREST WARRANT

Pursuant to Federal Rule of Criminal Procedure 48(a), because the ends of justice are best served by this dismissal, the United States of America hereby moves to dismiss the Indictment in this matter with prejudice and to recall and quash the associated arrest warrant for the defendant, JOSE FIGUEROA.

Respectfully submitted,

Jessica D. Aber
United States Attorney

/s/
_____

Likhitha Butchireddygari
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3913
Fax: 703-299-3890
Email: Likhitha.Butchireddygari2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 8, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Likhitha Butchireddygari
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3913
Fax: 703-299-3890
Email: Likhitha.Butchireddygari2@usdoj.gov